IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TATIANNA JOHNSON, individually and on behalf of a class of persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:09-cv-51-CB-M |
| EAST BAY KIA, INC., | ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Tatianna Johnson and defendant East Bay Kia, Inc. jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Dated: October 8, 2009.

                                                                s/ James D. Patterson
                                                                James D. Patterson (PATJ6485)
                                                                Attorney for Plaintiff
                                                                Tatianna Johnson

Attorney at Law
P.O. Box 969
Fairhope, Alabama  36533-0969
Tel. (251) 990-5558
Fax (251) 990-0626
E-mail: jpatterson@alalaw.com

        **s/ James H. Pike, by consent**
        James H. Pike (PIKEJ5168)
        Attorney for Defendant
        East Bay Kia, Inc.

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

        **s/ Thomas R. McAlpine, by consent**
        Thomas R. McAlpine  (MCALT4663)
        Attorney for Defendant
        East Bay Kia, Inc.

OF COUNSEL:

WHITFIELD & MCALPINE, P.C.
1155 Government Street
Mobile, Alabama  36604
Tel. (251) 432-1330
Fax. (251) 432-1336
E-mail: tommcalpine@comcast.net